# United States Court of Appeals for the Federal Circuit

---

March 19, 2025

**ERRATUM**

---

Appeal No. 2023-2254

**MERCK SHARP & DOHME B.V., MERCK SHARP & DOHME, LLC,**
*Plaintiffs-Appellees*

**v.**

**AUROBINDO PHARMA USA, INC., AUROBINDO PHARMA LTD., USV PRIVATE LIMITED, GLAND PHARMA LIMITED, MANKIND PHARMA LTD., LIFESTAR PHARMA LLC, FRESENIUS KABI USA, LLC, DR. REDDY'S LABORATORIES, INC., DR. REDDY'S LABORATORIES, LTD., SUN PHARMACEUTICAL INDUSTRIES, INC., SUN PHARMACEUTICAL INDUSTRIES LIMITED, SANDOZ INC., LEK PHARMACEUTICALS, D.D., MYLAN API US LLC, MYLAN PHARMACEUTICALS INC., MYLAN INC., EUGIA PHARMA SPECIALTIES LIMITED,**
*Defendants-Appellants*

**LUPIN LTD., LUPIN PHARMACEUTICALS, INC., LUPIN INC., TEVA PHARMACEUTICALS USA, INC.,**
*Defendants*

2

_____

Decided: March 13, 2025
Precedential Opinion

_____

Please make the following change:

The word "originally" should be changed to "original" in the third line of the last paragraph on page 15 so that the sentence reads:

Merck's reliance on language that provides that reissued claims that are "substantially identical" to the claims in an original patent "shall . . . have effect continuously from the date of the original patent" is similarly misplaced.